In the Matter of the Claim of J. Herbert Nicholoy, Respondent, *v.* The Village of Newark, Appellant.

In the Matter of the Claim of Carrie E. Beal, Respondent, *v.* The Village of Newark, Appellant.

*Matter of Nicholoy* v. *Village of Newark*, 155 App. Div. 941, appeal dismissed.
*Matter of Beal* v. *Village of Newark*, 155 App. Div. 941, appeal dismissed.
(Argued October 20, 1913; decided October 28, 1913.)

Motions to dismiss appeals from judgments of the Appellate Division of the Supreme Court in the fourth

36

judicial department, entered March 25, 1913, which affirmed interlocutory judgments in favor of petitioners in proceedings for damages alleged to have been sustained from a change of grade.

The motions were made upon the ground that the Court of Appeals had no jurisdiction to review the judgments appealed from.

*B. C. Williams* for motion.

*J. H. Egan* opposed.

Motions granted and appeals dismissed, with costs and ten dollars costs of motion in each case.